

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TREVON XZAVIER LAMAR RICHARD,<br><br>    Defendant. | Case No. 2:20-cr-00360-JAD-VCF<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the Evidentiary hearing currently scheduled for November 12, 2021 at 10:00 a.m., be vacated and continued to \_\_11/21/2022\_\_ at the hour of \_9\_:\_00\_ a.m.; or to a time and date convenient to the court.

   DATED this \_10th\_ day of November 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3